COURT OF CRIMINAL APPEALS.
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711        82,366-02

RE: NAVARRO, OSCAR MARIO JR.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

CCA NO. WR-82,366-02
TRIAL COURT CASE NO. 12-07-13541-B

THIS LETTER IS INFORMING THE COURTS THAT I AM CURRENTLY BACK IN GARZA ~~EAST~~ WEST UNIT 4250 HWY 202 BEEViIIe TX 78102. I HAVE WRITTEN THE JIM WELLS COUNTY CLERK SEVERAL LETTERS ABOUT AN ADDRESS CHANGE, OR WEATHER I WAS GOING TO RECIEVE CODIES OF THE ATTORNEY STATEMENTS AND THE STATES ANSWER. BUT NEVER RECIEVED ANY TYPE OF INFO. CAN YOU PLEASE LET ME KNOW WHAT'S GOING ON.

THANK YOU.
&
GOD BLESS

Oscar Navarro
Oscar Mario Navarro Jr.
TDCJ # 1881295
GARZA WEST UNIT
4250 HWY 202
BEEVILLE TEXAS 78102